UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                  **ORDER**
          v.                                        13-CR-037-A

REGINALD BROWN,

                              Defendant.

---

      This case was referred to Magistrate Judge Hugh B. Scott for pretrial proceedings.  Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 70) on September 18, 2014 recommending that defendant's motion to suppress the statement he made on January 10, 2013 be denied.  (Dkt. No. 23) No objections have been filed, and the time to file objections has expired.

      Upon the Court's review and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, it is hereby **ORDERED** that defendant Brown's motion to suppress statements (Dkt. No. 23) is denied.

      The parties are to appear at 9:00 AM on October 20, 2014 for a status conference/meeting to set trial date.

**IT IS SO ORDERED.**

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   October 17, 2014